**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00442-RJC-DSC**

| | |
|---|---|
| **ALLSTATE INDEMNITY COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **WORLD AND MAIN (CRANBURY)** | ) |
| **LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit [for Brandon T. Walker and Joshua L. Hartman]" (documents ## 14 and 15) filed January 4, 2019.  For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: January 4, 2019

David S. Cayer
United States Magistrate Judge