IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **Allstate Indemnity Company a/s/o Glenn Bird,**<br><br>**Plaintiff,**<br><br>v.<br><br>**World and Main (Cranbury), LLC,**<br><br>**Defendant.** | **Civil Action No. 3:18-CV-442-DSC**<br><br>**ORDER** |

**THIS MATTER** is before the Court on "Defendant's Motion for Summary Judgment" (document #17) and the parties' "Consent Motion to Amend Case Management Plan" (document #21).

For the reasons stated in Plaintiff's "Response in Opposition …" (document #20), the Court finds that Plaintiff is entitled to conclude discovery prior to resolution of Defendant's Motion for Summary Judgment.

NOW THEREFORE IT IS ORDERED that:

1. The "Defendant's Motion for Summary Judgment" (document #17) is **DENIED** without prejudice to being re-filed following conclusion of discovery.

2. The "Consent Motion to Amend Case Management Plan" (document #21) is **GRANTED**. The following deadlines are extended:

    A. The Rule 26(e) supplementations deadline is extended to **May 23, 2019**.
    B. The Discovery deadline is extended to **September 25, 2019.**
    C. The ADR deadline is extended to **October 10, 2019**, and
    D. The Dispositive Motions deadline is extended to **October 25, 2019.**

3. The trial date is continued to the first term on or after **February 12, 2020.**

4. The Clerk is directed to send copies of this Order to counsel for the parties.

   **SO ORDERED.**

   Signed: April 29, 2019

   David S. Cayer
   United States Magistrate Judge